## Michael Eric Wooten
Woodbridge, Virginia 22192
Mobile: 703-509-3118
majwooten@hotmail.com

**SUMMARY**

Presently serve on the Procurement Roundtable – *Washington's top 60 procurement insiders*. Former government executive and sub-cabinet level officer experienced in working with cabinet secretaries, presidential aides, and leaders of national trade associations.

**PROFESSIONAL EXPERIENCE**

**Wooten LLC**                                                                                           06/2022 - present
    Owner

Provide consulting and business development services for small businesses needing government contracting support; provide training and expert advice in federal procurement.

**National Industries for the Blind**                                                           04/2021 - 06/2022
    Vice President for Strategic Direction

Leveraged my 30+ years of logistics management experience and my national profile as a champion of the disabled community; formed a partnership with an e-commerce portal provider to expand sales beyond the Department of Defense to other U.S. federal agencies to create manufacturing and service jobs for people who are blind.  Petitioned federal regulatory bodies to strengthen enforcement of laws and regulations that give priority for contract awards to companies that employ people who are blind.

**U.S. Office of Management and Budget**                                                 8/2019 – 01/2021
    Administrator for Federal Procurement Policy (U.S. chief procurement officer)

Served as U.S. national procurement policy leader and chief procurement officer, directed a team of 15 national procurement policy experts. Shaped U.S. federal procurement policy to mitigate global economic challenges, improve trade policy, address national security issues, and manage cyber security risks.  Implemented laws and executive orders; set policies for U.S. Government contracting procedures, rules for government cost accounting, and vision for the future acquisition workforce; worked with Office of Management and Budget leadership, White House aides, cabinet secretaries, and Congress to mitigate national supply chain threats. Chaired top U.S. Government regulatory bodies that govern the $3 trillion federal procurement system: the Federal Acquisition Regulatory Council, the Cost Accounting Standards Board, and the Chief Acquisition Officers Council; served on the Federal Acquisition Security Council.

**U.S. Department of Education**
    Senior Advisor, Office of Federal Student Aid                                       11/2018 – 08/2019

Partnered with senior leaders to alter organization's culture from a regulatory focus to a customer service focus. Worked to incorporate human capital strategies that modernized digital interfaces and applications for a $1.5 trillion accounts receivable operation.

EXHIBIT 1

   Deputy Assistant Secretary for Community Colleges   10/2017 – 11/2018

Supervising a 75-person staff, orchestrated national initiatives, including expanding apprenticeship opportunities, for over 17 million students. Managed $2.1 billion in contracts and grants to support national programs that promote technical and adult education. Served as the chief advocate for matters affecting military veterans and armed forces personnel. Interacted extensively with White House and Labor Department staffs, OMB's budget chiefs, foreign leaders, state and local government officials, and stakeholders from educational institutions.

**Office of Contracting and Procurement, District of Columbia Government**
   Deputy Chief Procurement Officer for the District of Columbia   09/2016 – 10/2017

Managed 168-person staff responsible for delivering $5.2 billion in annual contract awards. Advised leaders of 80+ DC government agencies on procurement and resourcing strategies need to operate the District of Columbia. Approved all purchases over $1 million.  Developed and implemented change management and workforce initiatives to improve agency's performance despite pressure from political leaders, budget cuts, and union opposition. Collaborated with District's new Office of Public Private Partnership (OP3) in formulating strategies and providing oversight on development of OP3 contracts.

   Director of the Procurement Training Institute/Chief Learning Officer   09/2015 – 09/2016

Provided strong, dynamic leadership to established the Procurement Training Institute for the District as required by DC law.  Delivered a practical workforce development strategy and appropriate training to enable procurement officials to issue $5.2 billion in annual contracts ethically and effectively.  Presented new model and workforce certification strategy and sought approval from Chairman of the District Council and DC's Mayor.

**Defense Acquisition University**
   Professor of Contract Management   06/2005 – 06/2006 & 03/2011 – 09/2015

Taught various contracting courses to support Defense Acquisition Workforce Improvement Act (DAWIA) certification in contracting to include: Fundamentals of the Federal Acquisition Regulation (CON 090), Fundamentals of Cost and Price Analysis (CON 170), Intermediate Cost and Price Analysis (CON 270), and Contracting for Decision Makers (CON 360).  Also taught and managed the Contracting Officers' Representative (COR) course.

   Director, Acquisition Workforce Research   12/2008 – 03/2011
   & Special Assistant to the President

Directed a $4.1 million acquisition research program identifying and examining the competencies required in various acquisition disciplines.  Served additionally as a special assistant to the President of DAU.

   Deputy Director, Operations Support Group, Director   06/2006 – 12/2008

Provided oversight of the university's key infrastructure functional areas across six campuses national wide: Human Resources, Information Technology Management, Audiovisual Support,

Graphics and University Press, Contract Administration, Logistics, Facilities Management, Protocol, Student Services and Registrar, and Facilities Management.  Participated in DAU's Resource Management Council, which controlled its $300 million budget.

*Previous positions include Director, Contracting & Procurement, Office of the Chief Financial Officer for the District of Columbia Government, Adjunct Professor of Public Procurement, University of the District or Columbia, Deputy Director for Contracting and Logistics, Defense Acquisition University.*

**United States Marine Corps**                                                                                       04/1987 – 08/2003

Various logistics and procurement posts, through the rank of major, culminating with a post as contracting officer in Afghanistan followed by command of the Marine Corps' largest company

PUBLICATIONS

- *Contracting U*. (July 2022).  Contract Management. National Contract Management Association. Ashburn, VA.
- *A Self-study in the Discipline and Practice of Leadership: Autobiographical Essay*. (July 2020). Telicom. International Society for Philosophical Enquiry. Suwanee, GA.

EDUCATION
University of Pennsylvania | Doctor of Education
- Concentration: Higher Education Management
- Dissertation: *A Study in the Professionalization of Civilian Contract Managers in the Department of Defense: The Relationship between Education Attainment and Job Proficiency*

The George Washington University | Master of Arts in Education & Human Development
- Concentration: Higher Education Administration
- Thesis: Not required

United States Naval Postgraduate School | Master of Science in Management
- Concentration: Acquisition & Contract Management
- Thesis: *Factors Affecting Negotiator Orientation*

Vermont College of Norwich University | Master of Arts
- Concentration: Leadership & Organizational Development
- Thesis: *Improving Performance in a Total Quality Organization by Developing Participative Standards for Appraisals*

Chapman University | Bachelor of Arts ~ Psychology

EXHIBIT 1